AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sedwick, John W. | District of Alaska | 03/02/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U. S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U. S. Dist6rict Court
222 W. 7th Ave., #32
Anchorage, Alaska 99513

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2015 ... 13 A 10: 58

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/02/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/02/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. 1st Nat'l Bank Stock | A | Dividend | K | T | | | | | |
| 2. 1st Nat'l Bank Accounts | A | Interest | L | T | | | | | |
| 3. Northrim Bank Accounts | A | Interest | L | T | | | | | |
| 4. City of Ahkiok Bond | | | | | Redeemed | 11/03/14 | | | |
| 5. Lincoln Nat'l Life Policies | D | Interest | M | T | | | | | |
| 6. ▓▓▓ s IRA | E | Int./Div. | O | T | | | | | |
| 7. ▓▓▓ s IRA: American Funds Euro Pacific Funds | | | | | | | | | |
| 8. ▓▓▓ s IRA : American Funds Invbestment Co. of America | | | | | | | | | |
| 9. ▓▓▓ s IRA: American Funds Growth Fund of America | | | | | | | | | |
| 10. ▓▓▓ s IRA: American Funds Capital Income Builder | | | | | Buy (add'l) | 12/22/14 | K | | |
| 11. ▓▓▓ s IRA: American Funds Capital World G & I Fund | | | | | | | | | |
| 12. ▓▓▓ s IRA: Pimco Unconstrained Bond Fund | | | | | Sold | 10/03/14 | K | A | |
| 13. ▓▓▓ s IRA: Pimco All Assets | | | | | Sold | 12/16/14 | K | A | |
| 14. ▓▓▓ IRA: Franklin Templeton Global Bond Fund | | | | | | | | | |
| 15. UNTS AAM Prfd Inc. Prtfo | | | | | Buy | 10/03/14 | K | | |
| 16. UNTS FT Multi Sector | | | | | Buy | 10/03/14 | K | | |
| 17. IRA #1 | G | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA#1: Allianz NFJ Dividend Value Fund | | | | | Sold (part) | 01/27/14 | J | A | |
| 19. IRA #1: Allianz NFJ Dividend Value Fund | | | | | Sold (part) | 04/24/14 | J | A | |
| 20. IRA #!: Allianz NFJ Dividend Value Fund | | | | | Sold (part) | 07/11/14 | K | A | |
| 21. IRA #1: Allianz NFJ Dividend Value Fund | | | | | Sold (part) | 07/24/14 | J | A | |
| 22. IRA #1: Allianz NFJ Dividend Value Fund | | | | | Sold (part) | 07/25/14 | J | A | |
| 23. IRA #1: Allianz NFJ Dividend Value Fund | | | | | Sold (part) | 07/28/14 | J | A | |
| 24. IRA #1: American Funds Capital Income Builder | | | | | Sold (part) | 07/11/14 | J | A | |
| 25. IRA #1: American Funds Capital Income Builder | | | | | Sold (part) | 07/24/14 | J | A | |
| 26. IRA #1: American Funds Capital Income Builder | | | | | Sold (part) | 07/25/14 | J | A | |
| 27. IRA #1: American Funds Capital Income Builder | | | | | Sold (part) | 07/28/14 | J | A | |
| 28. IRA #1: American Funds Capital Income Builder | | | | | Buy (add'l) | 12/19/14 | K | | |
| 29. IRA #1: American Funds Capital World G & I Fund | | | | | Sold (part) | 07/11/14 | J | B | |
| 30. IRA #1: American Funds Capital World G & I Fund | | | | | Sold (part) | 07/24/14 | J | A | |
| 31. IRA #1: American Funds Capital World G & I Fund | | | | | Sold (part) | 07/25/14 | J | A | |
| 32. IRA #1: American Funds Capital World G & I Fund | | | | | Sold (part) | 07/28/14 | J | A | |
| 33. IRA #1: American Funds Growth Fund of America | | | | | Sold (part) | 07/11/14 | K | D | |
| 34. IRA #1: American Funds Growth Fund of America | | | | | Sold (part) | 07/24/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #1: American Funds Growth Fund of America | | | | | Sold (part) | 07/25/14 | J | A | |
| 36. IRA #1: American Funds Growth Fund of America | | | | | Sold (part) | 07/28/14 | J | A | |
| 37. IRA #1: American Funds Growth Fund of America | | | | | Sold | 08/18/14 | M | A | |
| 38. IRA #1: The Growth Fund of America | | | | | Buy | 08/18/14 | M | | |
| 39. IRA #1: Calamos Growth Fund | | | | | Buy (add'l) | 07/11/14 | K | | |
| 40. IRA #1: Calamos Growth Fund | | | | | Sold (part) | 07/24/14 | J | A | |
| 41. IRA #1: Calamos Growth Fund | | | | | Sold (part) | 07/25/14 | J | A | |
| 42. IRA #1: Calamos Growth Fund | | | | | Sold (part) | 07/28/14 | J | A | |
| 43. IRA #1: Davis New York Venture | | | | | Sold (part) | 07/11/14 | J | C | |
| 44. IRA #1: Davis New York Venture | | | | | Sold (part) | 07/24/14 | J | A | |
| 45. IRA #1: Davis New York Venture | | | | | Sold (part) | 07/25/14 | J | A | |
| 46. IRA #1: Davis New York Venture | | | | | Sold (part) | 07/28/14 | J | A | |
| 47. IRA #1: Franklin Templeton Global Bond Fund | | | | | Sold (part) | 07/11/14 | J | A | |
| 48. IRA #1: Franklin Templeton Global Bond Fund | | | | | Sold (part) | 07/24/14 | J | A | |
| 49. IRA #1: Franklin Templeton Global Bond Fund | | | | | Sold (part) | 07/25/14 | J | A | |
| 50. IRA #1: Franklin Templeton Global Bond Fund | | | | | Sold (part) | 07/28/14 | J | A | |
| 51. IRA #1: Franklin Templeton Global Bond Fund | | | | | Sold | 09/22/14 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. IRA #1: Templeton Global Bond Adv | | | | | Buy | 09/22/14 | K | | |
| 53. IRA #1: Loomis Sayles Strategic Income Fund | | | | | Buy (add'l) | 07/11/14 | J | | |
| 54. IRA #1: Loomis Sayles Strategic Income Fund | | | | | Sold (part) | 07/24/14 | J | A | |
| 55. IRA #1: Loomis Sayles Strategic Income Fund | | | | | Sold (part) | 07/25/14 | J | A | |
| 56. IRA #1: Loomis Sayles Strategic Income Fund | | | | | Sold (part) | 07/28/14 | J | A | |
| 57. IRA #1: Loomis Sayles Strategic Income Fund | | | | | Sold (part) | 10/27/14 | J | A | |
| 58. IRA #1: Pimco All Assets Fund | | | | | Sold | 07/11/14 | K | A | |
| 59. IRA #1: Pimco Global Multi Asset Fund | | | | | Buy (add'l) | 07/11/14 | J | | |
| 60. IRA #1: Pimco Global Multi Asset Fund | | | | | Sold (part) | 07/24/14 | J | A | |
| 61. IRA #1: Pimco Global Multi Asset Fund | | | | | Sold (part) | 07/25/14 | J | A | |
| 62. IRA #1: Pimco Global Multi Asset Fund | | | | | Sold (part) | 07/28/14 | J | A | |
| 63. IRA #1: Pimco Global Multi Asset Fund | | | | | Sold | 12/16/14 | K | A | |
| 64. IRA #1: RS Partners Fund | | | | | Sold (part) | 07/11/14 | K | D | |
| 65. IRA #1: RS Partners Fund | | | | | Sold (part) | 07/24/14 | J | A | |
| 66. IRA #1: RS Partners Fund | | | | | Sold (part) | 07/25/14 | J | A | |
| 67. IRA #1: RS Partners | | | | | Sold (part) | 07/28/14 | J | A | |
| 68. IRA #1: RS Emerging Markets Fund | | | | | Buy (add'l) | 07/11/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA #1: RS Emerging Markets Fund | | | | | Sold (part) | 07/24/14 | J | A | |
| 70. IRA #1: RS Emerging Markets Fund | | | | | Sold (part) | 07/25/14 | J | A | |
| 71. IRA #1: RS Emerging Markets Fund | | | | | Sold (part) | 07/28/14 | J | A | |
| 72. IRA #1: Thornburg Int'l Value Fund | | | | | Buy (add'l) | 07/11/14 | K | | |
| 73. IRA #1: Thornburg Int'l Value Fund | | | | | Sold (part) | 07/24/14 | J | A | |
| 74. IRA #1: Thornburg Int'l Fund | | | | | Sold (part) | 07/25/14 | J | A | |
| 75. IRA #1: Thornburg Int'l Fund | | | | | Sold (part) | 07/28/14 | J | A | |
| 76. IRA #1: United States Government Securities | | | | | Sold | 07/10/14 | K | D | |
| 77. IRA #1: Federated Strategic Income | | | | | Buy | 07/11/14 | L | | |
| 78. IRA #1: Federated Strategic Income | | | | | Sold (part) | 07/24/14 | J | A | |
| 79. IRA #1: Federated Strategic Income | | | | | Sold (part) | 07/25/14 | J | A | |
| 80. IRA #1: Federated Strategic Income | | | | | Sold (part) | 07/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Regarding both IRA accounts: As in past years. reinvestments of income into the same fund are not listed as transactions, and the total value and income of each IRA is listed in lieu of separately listing the value and income of each mutual fund held within each IRA .

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/02/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John W. Sedwick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544